# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN BROOKS,

        Petitioner,

v.

BRIAN WILLIAMS, et. al,

        Respondents.

Case No.: 2:19-cv-01719-APG-EJY

**ORDER**

Notwithstanding the court's dismissal of this habeas corpus case under 28 U.S.C. § 2254, the petitioner has filed a motion for a temporary restraining order and a motion to show cause why a preliminary injunction should not issue. ECF Nos. 6, 7. With these motions, he asks this court to prevent the respondents from removing him from his work assignment as a prison law clerk.

The relief petitioner seeks clearly falls outside the "core of habeas," which is confined to "[c]hallenges to the validity of any confinement or to the particulars affecting its duration." *See Nettles v. Grounds*, 830 F.3d 922, 927 (9th Cir. 2016) (citations omitted). Instead, his request for relief involves the conditions or circumstances of his confinement. Accordingly, a civil rights action under 42 U.S.C. § 1983 is "the exclusive vehicle" for his claims. *Id*.

I THEREFORE ORDER that the petitioner's motion for a temporary restraining order and motion to show cause why a preliminary injunction should not issue **(ECF Nos. 6, 7) are DENIED.**

I FURTHER ORDER that this action shall remain CLOSED. To the extent petitioner wishes to further pursue a civil rights action under 42. U.S.C. § 1983, he must file a NEW action using the court's approved forms.

I FURTHER ORDER the Clerk to send the petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a civil rights complaint pursuant to 42 U.S.C. § 1983 form, and one copy of the instructions for each form.

Dated: October 23, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE